```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14820
   TERRY HENDERSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5926


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/16/2007 and was not confirmed.

     The case was dismissed without confirmation 10/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00            .00            .00
FOREST PARK NATIONAL BAN  SECURED VEHIC    53338.00            .00         100.00
MIDWEST TITLE LOANS       SECURED VEHIC      900.00            .00            .00
MIDWEST TITLE LOANS       UNSECURED           65.88            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          501.95            .00            .00
AMERICASH LOANS LLC       UNSECURED         1308.49            .00            .00
CAPITAL ONE BANK          UNSECURED         1223.04            .00            .00
CUBSA INC                 UNSECURED          875.00            .00            .00
DEPENDON COLLECTION       UNSECURED       NOT FILED            .00            .00
DEPENDON COLLECTION       UNSECURED       NOT FILED            .00            .00
ICS INC                   UNSECURED       NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          391.20            .00            .00
ONE IRON VENTURE          UNSECURED       NOT FILED            .00            .00
RMI/MCSI                  UNSECURED          750.00            .00            .00
RMI/MCSI                  UNSECURED       NOT FILED            .00            .00
SUN CASH                  UNSECURED       NOT FILED            .00            .00
PAY DAY LOAN STORE        UNSECURED       NOT FILED            .00            .00
VILLAGE OF DOLTON         UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED         1257.15            .00            .00
FOREST PARK NATIONAL BAN  NOTICE ONLY     NOT FILED            .00            .00
WELLS FARGO BANK          NOTICE ONLY     NOT FILED            .00            .00
TRIAD FINANCIAL CORP      UNSECURED        13824.95            .00            .00
FOREST PARK NATIONAL BAN  UNSECURED         6618.82            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          896.38            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,943.00                      1,747.13
TOM VAUGHN                TRUSTEE                                           126.87
DEBTOR REFUND             REFUND                                            658.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,632.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14820 TERRY HENDERSON
```

```
PRIORITY                                                              .00
SECURED                                                            100.00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,747.13
TRUSTEE COMPENSATION                                               126.87
DEBTOR REFUND                                                      658.00
                                      ---------------      ---------------
TOTALS                                       2,632.00             2,632.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
     Dated: 01/25/08                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```